IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CODY OBAMA                                                                                              PLAINTIFF

v.                                    Case No. 2:14-CV-02166

SHERIFF JIMMY DORNEY, Johnson County, Arkansas;
CHIEF DEPUTY DEVON BRAMBLETT, Franklin County
Sheriff's Department; and JOHN DOE, Jailer, Franklin
County Detention Center                                                                    DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 7) from United States Magistrate Judge Mark E. Ford. No objections have been filed, and the deadline for filing objections has passed.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the magistrate judge's report and recommendations, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is DENIED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to Plaintiff's right to re-open it with payment of the appropriate filing fee, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

Plaintiff may file a motion to re-open this action only upon payment to the United States District Clerk of the applicable filing fee. Plaintiff is advised that, in the event he tenders the filing fee and this case is re-opened, Plaintiff will also be responsible for other costs associated with this action, including costs of service and fees for the issuance of any requested subpoenas.

The Clerk is directed to put a "barred" flag on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 5th day of February, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE